Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of

Division

FILED BY _____ D.C.

DEC 13 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Mickie Stone

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Centene Corporation

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Mickie Stone, ~~John Priest~~ m.s. st.
Street Address: 4969 SW 32nd Terrace
City and County: Ft. Lauderdale, Fla. (Brwd)
State and Zip Code: Fla. 33312
Telephone Number: 954-967-8896 (home) 954-816-9627 (cell) mickie's cell
E-mail Address: stonemickie@gmail.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known).* Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name: Centene Corporation. (dba Sunshine Health)
    Job or Title (if known): Main Office St. Louis, Missouri Fla.
    Street Address: 1301 International Pkwy #400.
    City and County: Sunrise, Broward
    State and Zip Code: Fla. 33323
    Telephone Number: (314) 725-4477
    E-mail Address (if known): unknown.

Defendant No. 2
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Mental Health Discrimination, HIPPA violations, Harrassment. In 2013 I was fired and unable to file a lawsuit until today. I am on disability and worked for Centene for 3 years as a case manager (RN). I was harrassed by my immediate Supervisors (Lauren Kirschner) and the D.O.N. constantly. I had to have a cardiac procedure for possible heart attack from chest pains. Human Resources told me to quit even after my physician cleared me to come back to work c a letter.

after my 1st severe memory loss from ECT, this and lithium toxicity unable to hold down a job

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Mickie R. Stone , is a citizen of the State of *(name)* Florida .

    John Priest is my S/O and resides at the same address. We have been together for 27 yrs

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

b.  If the defendant is a corporation
The defendant, (name) _Centene_, is incorporated under the laws of the State of (name) _Florida, Georgia, St. Louis_, and has its corporate headquarters
principal place of business in the State of (name) _Florida_.
Or is incorporated under the laws of (foreign nation) _____,
and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain): _depression I was not able to fill due to extreme depression until now. I was not working from 2013→2018. 5yrs making greater than $80,000 plus bonus._

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_I am tolling the Statue of limitations, because of my illness. I am under a psychiatric disability, bipolar disease and have worked all my life until 2013. The lack of the legal capacity to file a lawsuit is extended due to these circumstances. A person with mental illness is regarded as being incapable of initiating a legal act on his/her own behalf. I have been tx'd by Dr Douglas Lanes since April 2018 and I am doing fairly well mentally._

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_Disability according to tolling a lawsuit has a 7yrs in the state of Florida. I was never written up by my supervisors prior to my hospitalization for Lithium toxicity. Lethal level and required dialysis. I have several witnesses to support my allegations._

I would like to be paid for 5yrs loss of work, losing my car, unable to support my home and mental anguish. One of my coworkers ~~violated~~ violated HIPPA laws by discussing my medical info c my supervisor. I would like at least $3/4 million dollars.

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/13/18

Signature of Plaintiff: Nickie Stone
Printed Name of Plaintiff: Mickie Stone

#### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address: 4969 SW 3ard Terrace, Ft. Laud.
State and Zip Code: Fla. 33312
Telephone Number: 954-816-9627 (cell) 954 967 8896 (home)
E-mail Address: stonemickie@gmail.com